Justice EISMANN,
specially concurring.
I concur in the majority opinion. The Idaho Property Disclosure Act provides that “[n]either the transferor or transferor’s agents shall be liable for any error, inaccuracy or omission of any information delivered pursuant to this chapter if the error, inaccuracy or omission was not within the personal knowledge of the transferor.” I.C. § 55-2511(1). However, the Act does not preempt other claims for relief based upon the common law. I.C. § 55-2514. Under the common law:
An owner is presumed to know the boundaries of his own land, the quantity of his acreage, and the amount of water available. If he does not know the correct information, he must find out or refrain from making representations to unsuspecting strangers. “Even honesty in making a mistake is no defense as it is incumbent upon the vendor to know the facts.”
Sorenson v. Adams, 98 Idaho 708, 715, 571 P.2d 769, 776 (1977).
Justice BURDICK joins in this special concurrence.